UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00133-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANKLIN CAREL, Jr.,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, June 26, 2009,** and responses to these motions shall be filed by **Friday, July 10, 2009.** It is

FURTHER ORDERED that a 3-day jury trial is set to commence **Monday, July 27, 2009, at 9:00 a.m. in courtroom A-1002.** It is

FURTHER ORDERED that the parties shall contact the Court to set a hearing on pending motions and/or a final trial preparation conference if necessary.

Dated:  June 8, 2009

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          Chief United States District Judge