UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00133-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANKLIN CAREL, Jr.,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on October 9, 2009.  A Change of Plea hearing is set for **Wednesday, November 18, 2009, at 9:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.

    Dated:  October 9, 2009