UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00133-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANKLIN CAREL, Jr.,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict with a criminal trial, the Change of Plea hearing set for Wednesday, November 18, 2009, at 9:00 a.m. is **VACATED** and **RESET** to **Tuesday, December 1, 2009, at 11:00 a.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.  If the documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.**

    Dated:  November 12, 2009