IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-000133-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANKLIN CAREL, Jr.,

    Defendant.

## ORDER

THIS MATTER comes before the Court upon the government's Motion to Dismiss the Indictment [37], filed March 1, 2010. The Court having considered this motion, it is hereby

ORDERED that Government's Motion to Dismiss [37], filed March 1, 2010, is **GRANTED.** It is further

ORDERED that the Indictment is **DISMISSED.**

Dated this 1st day of March, 2010.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                CHIEF UNITED STATES DISTRICT JUDGE