UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00133-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FRANKLIN CAREL, JR.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The supervised release violation hearing set for Friday, December 10, 2010 is **MOVED** from 2:30 p.m. to **2:00 p.m.**

    November 29, 2010